UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LEE MEDWAY,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MATTHEW CATE, WARDEN, et al.,<br><br>　　　　　Respondents. | CASE NO. EDCV 11-184-ODW (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　DATED: June 6, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd